**Order entered October 29, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01436-CR

**SHAWN RYAN BLANKINSHIP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR17-0584**

### ORDER

Before the Court is appellant's October 27, 2020 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on November 30, 2020.

/s/     CORY L. CARLYLE
JUSTICE